FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 5 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00942-LTB-BNB

BRIAN D. DIXON,

Plaintiff,

v.

ADAMS COUNTY, COLORADO,
BOARD OF COUNTY COMMISSIONERS OF ADAMS COUNTY, COLORADO,
ADAMS COUNTY SHERIFF'S OFFICE, and
DOUGLAS N. DARR, in his official capacity as Sheriff of Adams County, Colorado,

Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter is before me on the affidavit in support of the motion for leave to proceed

without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted

plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from

the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint,

summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon

the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of

these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the

United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to

the complaint as provided for in the Federal Rules of Civil Procedure after service of process on

the defendants.

Dated June 3, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00942-LTB-BNB

Brian D. Dixon
3318 39th Ave
Evans, CO 80620

US Marshal Service
Service Clerk
Service forms for: Adams County, Colorado, Board of County Commissioners of Adams County, Colorado, Adams County Sheriff's Office, and Douglas N. Darr

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to The United States Attorney General, and to the United States Attorney's Office: AMENDED COMPLAINT FILED 05/07/08, SUMMONS, NOTICE OF WAIVER and NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on  6/5/08  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk