IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00642-WYD-MJW

GLORIA SILVA,

Plaintiff(s),

v.

SHERIFF GRAYSON ROBINSON, et al.,

Defendant(s).

MINUTE ORDER
(DN 34)

     It is hereby ORDERED that Plaintiff's Motion to Vacate Show Cause Hearing (docket no. 34) is GRANTED finding good cause shown. Plaintiff has now served Defendant Kirkland and Defendant Kirkland has filed a motion to dismiss (docket no. 32). The Show Cause Hearing on August 7, 2008, at 8:30 a.m. is VACATED. The Show Cause Order is also VACATED.

Date: June 30, 2008