IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00642-WYD-MJW

GLORIA SILVA, Personal Representative of Raul Gallegos-Reyes, Deceased,

    Plaintiff,

v.

SHERIFF GRAYSON ROBINSON, Individually;
SERGEANT BERNIE QUINTANA, Individually;
SERGEANT J. D. KNIGHT, Individually;
SERGEANT CHARLENE BRIGGS, Individually;
DEPUTY JOSHUA THOMAS, Individually;
DEPUTY ANTHONY TORREZ, Individually;
DEPUTY KRISTINA GARBO, Individually;
DEPUTY THERESA MARIA GARCIA, Individually;
DEPUTY WILLIAM KIRKLAND, Individually;
DEPUTY ROBIN COOKE, Individually;
JOHN DOES (Nos. 1-10) and JANE DOES (Nos. 1-10),

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's "Unopposed Motion to Dismiss John Does and Jane Does, Defendants and Third Claim for Relief Without Prejudice" (filed August 29, 2008). Plaintiff notes in the motion that her Consolidated Response to Defendants' Motion to Dismiss confessed that the danger creation doctrine, which was the basis of the third claim for relief, does not apply in this case. She further asserts that to avoid unnecessary litigation, she seeks to dismiss the third claim for relief and the John Does and Jane Doe Defendants without prejudice.

Having reviewed the motion and being fully advised in the premises, it is

ORDERED that Plaintiff's "Unopposed Motion to Dismiss John Does and Jane Does, Defendants and Third Claim for Relief Without Prejudice" is **GRANTED**. The John and Jane Doe Defendants are **DISMISSED WITHOUT PREJUDICE** and will hereafter be taken off the caption. The Third Claim for Relief is also **DISMISSED WITHOUT PREJUDICE**.

Dated: September 8, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge