IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
US MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 08-cv-00642-WYD-MJW

GLORIA SILVA, Personal Representative of Raul Gallegos-Reyes, Deceased,

    Plaintiff,

v.

SHERIFF GRAYSON ROBINSON, Individually,
SERGEANT BERNIE QUINTANA, Individually,
SERGEANT J.D. KNIGHT, Individually,
SERGEANT CHARLENE BRIGGS, Individually,
DEPUTY JOSHUA THOMAS, Individually,
DEPUTY ANTHONY TORREZ, Individually,
DEPUTY KRISTINA GARBO, Individually,
DEPUTY THERESA MARIA GARCIA, Individually,
DEPUTY WILLIAM KIRKLAND, Individually,
DEPUTY ROBIN COOKE, Individually,

    Defendants.

_____

MINUTE ORDER
_____

    It is hereby ORDERED that the Stipulation for Extension of Time for Defendant to Serve Responses to Plaintiff's First Set of Discovery Requests (docket no. 47) is GRANTED. Defendants shall have up to and including October 2, 2008, to serve their responses to Plaintiff's First Set of Discovery Requests.

    It is FURTHER ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 44) is GRANTED. The written Stipulated Protective Order (docket no. 44-2) is APPROVED and made an Order of Court.

    It is FURTHER ORDERED that Defendants Grayson Robinson, Bernie Quintana, Charlene Briggs, Theresa Maria Garcia and William Kirkland's Motion to Stay Discovery and for Protective Order (docket no. 45) is MOOT based upon the above motions (docket nos. 47 and 44) and this court's rulings on the above motions (docket nos. 47 and 44) and therefore DENIED.

Date: September 25, 2008