IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00642-WYD-MJW

GLORIA SILVA, Personal Representative of Raul Gallegos-Reyes, Deceased,

    Plaintiff,

v.

SHERIFF GRAYSON ROBINSON, Individually,
SERGEANT BERNIE QUINTANA, Individually,
SERGEANT J.D. KNIGHT, Individually,
SERGEANT CHARLENE BRIGGS, Individually,
DEPUTY JOSHUA THOMAS, Individually,
DEPUTY ANTHONY TORREZ, Individually,
DEPUTY KRISTINA GARBO, Individually,
DEPUTY THERESA MARIA GARCIA, Individually,
DEPUTY WILLIAM KIRKLAND, Individually,
DEPUTY ROBIN COOKE, Individually,

    Defendants.
_____

## MINUTE ORDER
_____
ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby ORDERED that the Stipulated Motion to Amend the Scheduling Order, DN 51, filed with the Court on September 26, 2008, is GRANTED. The deadline for expert disclosures is extended up to and including November 2, 2008. The deadline for rebuttal expert disclosures is extended up to and including December 2, 2008. The scheduling order shall be amended consistent with this minute order.

Date: September 29, 2008