IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00642-WYD-MJW

GLORIA SILVA,

Plaintiff(s),

v.

SHERIFF GRAYSON ROBINSON, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Motion of Defendants Robinson, Quintana, Briggs, Garcia, and Kirkland to Stay Magistrate Judges' Order Entered September 26, 2008 (docket no. 54) is GRANTED finding good cause shown. Magistrate Judge Watanabe's Minute Order entered September 26, 2008, is STAYED until District Judge Wiley Y. Daniel rules on the appeal (docket no. 53) to Magistrate Judge Watanabe's Minute Order entered September 26, 2008.

Date:    October 16, 2008