IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00642-PAB-MJW

GLORIA SILVA,
Personal Representative of Raul Gallegos-Reyes, Deceased,

      Plaintiff,

v.

SHERIFF GRAYSON ROBINSON, individually,
SERGEANT BERNIE QUINTANA, individually,
SERGEANT J.D. KNIGHT, individually,
SERGEANT CHARLENE BRIGGS, individually,
DEPUTY JOSHUA THOMAS, individually,
DEPUTY ANTHONY TORREZ, individually,
DEPUTY KRISTINA GARBO, individually,
DEPUTY THERESA MARIA GARCIA, individually,
DEPUTY WILLIAM KIRKLAND, individually, and
DEPUTY ROBIN COOKE, individually,

      Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Joint Motion to Dismiss With Prejudice [Docket No. 93]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Joint Motion to Dismiss With Prejudice [Docket No. 93] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that all other pending motions are denied as moot.

DATED August 21, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge